BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2760

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. BARRETT,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                    Defendant. | 2:09-cv-02959-GEB-EFB<br><br>**STIPULATION AND ORDER FOR INITIAL TWO-WEEK CONTINUANCE OF SUMMARY JUDGMENT HEARING**<br><br>Date:   August 30, 2010<br>Time: 9:00 a.m.<br>Ctrm:  10 (GEB) |

        The parties, subject to the approval of the Court as provided for hereon, stipulate as follows:

        1.  Hearing on the parties' recently-briefed cross-motions for summary judgment is currently set for August 30, 2010, at 9:00 a.m.

        2.  The parties request that the hearing be continued for a period of two weeks, until September 13, 2010, at 9:00 a.m.

        3.  Defense counsel requests this continuance because he has recently been accepted for a course at the National Advocacy Center needed for his duty as District Election Officer and needs to go to Columbia, South Carolina, on August 30, 2010.

        4.  No previous extension of this time has been requested or granted.

STIPULATION AND ORDER FOR INITIAL TWO-WEEK CONTINUANCE OF SUMMARY JUDGMENT HEARING    Page 1

Dated:  July 23, 2010                        /s/ Jack R. Thompson
                                             JACK R. THOMPSON


Dated:  July 23, 2010                        BENJAMIN B. WAGNER
                                             United States Attorney

                                    By:     /s/ Y Himel
                                             YOSHINORI H. T. HIMEL
                                             Assistant U. S. Attorney




<u>ORDER</u>

Upon the parties' request, the hearing on the cross-motions for summary judgment, currently set for August 30, 2010, at 9:00 a.m., is CONTINUED for a period of two weeks, until September 13, 2010, at 9:00 a.m.

It is SO ORDERED.

Dated:  July 27, 2010


GARLAND E. BURRELL, JR.
United States District Judge